IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA


FILED
SEP 25 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00177 LJO SKO |
| Plaintiff, | ORDER TO UNSEAL REDACTED INDICTMENT |
| v. | |
| ERICK LOPEZ | |
| Defendants. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on September 25, 2019 be unsealed and become public record.

DATED: 9/25/19

Honorable STANLEY A. BOONE
U.S. MAGISTRATE JUDGE