MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone:  (661) 616-2141
Facsimile:   (661) 322-7675

Attorney for the Defendant
Amanda Nash

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ERICK LOPEZ,<br><br>　　　　　　　　Defendant. | CASE NO. 1:19-CR-00177 JLT<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER<br><br>DATE:  September 2, 2022<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Jennifer L. Thurston |

**STIPULATION**

COMES NOW, Defendant, AMANDA NASH by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record JEFFREY SPIVAK, hereby stipulate as follows:

　　1.　　By previous order, this matter was set for sentencing on June 3, 2022.

　　2.　　By this stipulation, defendants now move to continue the sentencing hearing to **September 2, 2022 at 9:00 a.m.** before the Honorable Jennifer L. Thurston.  The government joins in this request.

　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　a.　　Mr. Lopez has certain plea agreement obligations that must be satisfied before he is sentenced.

1

   b.   Additional time is requested to ensure that these obligations are met by Mr. Lopez.

   c.   The government does not object to, and agrees with, the requested continuance.

IT IS SO STIPULATED.

DATED: May 27, 2022

        /s/ Monica L. Bermudez
        MONICA L. BERMUDEZ
        Counsel for Defendant
        ERICK LOPEZ

*DATED: May 27, 2022*
        */s/ Jeffrey Spivak*
        JEFFREY SPIVAK
        Assistant United States Attorney

**O R D E R**

   IT IS SO FOUND.

IT IS SO ORDERED.

   Dated:   **May 27, 2022**                          /s/ Jennifer L. Thurston
                                                UNITED STATES DISTRICT JUDGE

2